# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| JOHNNIE LEE POWELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CAUSE NO.: 3:08-CV-265-TS |
| | ) |
| DAVID M. JOHNSON, *et al.*, | ) |
| | ) |
| Defendant. | ) |

## ORDER

This matter is before the Court on the Magistrate Judge's Report and Recommendation [DE 17], filed October 16, 2008, recommending that the cause be dismissed pursuant to Federal Rule of Civil Procedure 41(b) for want of prosecution and for failure to comply with two orders of the Court.

More than 10 days have passed since the Report and Recommendation was filed, but the Plaintiff has not responded with any objections. Also, mailings of the Court's orders to the Plaintiff have been returned as undeliverable. (*See* DE 18, 19.) The Court—after reviewing the pleadings in this case, the overall record, and the Magistrate Judge's Report and Recommendation, and noting that the Plaintiff still has not kept the Court appraised of his location—ADOPTS the Report and Recommendation and DISMISSES this case without prejudice.

So ORDERED on November 6, 2008.

            s/ Theresa L. Springmann
            THERESA L. SPRINGMANN
            UNITED STATES DISTRICT COURT
            FORT WAYNE DIVISION